UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SUSAN POOLE | * | CIVIL ACTION NO. 2:14-cv-3420 |
| v. | * | JUDGE MINALDI |
| HOUSING AUTHORITY FOR THE TOWN OF VINTON ET AL | * | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

Before the court is a Motion in Limine (Rec. Doc. 34) filed by plaintiff Susan Poole, an Opposition (Rec. Doc. 40) filed by Defendants, and a Reply (Rec. Doc. 43) filed by Poole. For the following reasons, the Motion in Limine is **GRANTED**.

Poole, a tenant of the Housing Authority for the Town of Vinton ("VHA"), filed suit against VHA alleging it (1) unlawfully issued a judgment of eviction against her without following required procedures, and (2) discriminated against her on the basis of her disability by including discriminatory provisions in her lease and failing to make reasonable accommodations. Over the course of several months, both before and after a judgment of eviction was issued, various of Poole's neighbors sent letters to VHA complaining that she was violating the terms of her lease by allowing a guest to stay with her.[1] These letters contain allegations that Poole and her guest engaged in sexual acts in public, drank alcohol, made noise, and stayed up all night.[2] Some of the letters also state that Poole did not use a wheelchair or cane at certain times.[3]

Poole argues that some of the content of the letters is irrelevant and prejudicial. The court agrees that allegations of public sexual acts or other provocative behavior are irrelevant to

---

[1] Ex. A, Letters (Rec. Doc. 34-2).
[2] *Id.*
[3] *Id.*

Poole's claims and highly prejudicial. Thus, the only allegations in the letters that Defendants may introduce as evidence are (1) that Poole had an overnight guest, and (2) that she did not use a wheelchair or cane at certain times. Accordingly,

**IT IS ORDERED** that Poole's Motion in Limine (Rec. Doc. 34) is **GRANTED.**

Lake Charles, Louisiana, this 19 day of August, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE